UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BAY AREA HVAC, INC., et al.,<br><br>Defendants. | Case No. 19-cv-07976-VC<br><br>**ORDER REOPENING CASE** |

The case is reopened in light of the parties' inability to consummate a settlement. A case management statement is due February 22 and must include a proposed litigation schedule. A case management conference is set for March 1 at 1 p.m. by Zoom.

**IT IS SO ORDERED.**

Dated: February 3, 2023

_____
VINCE CHHABRIA
United States District Judge